1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RAUL LUEVANO, | ) | Case No.: C 08-05784 RS (PVT) |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING PLAINTIFF RAUL** |
| | ) | **LUEVANO'S MOTION FOR** |
| v. | ) | **SANCTIONS** |
| | ) | |
| HOWARD CHIEN, | ) | **[Docket No. 18]** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 37, plaintiff Raul Luevano moves for sanctions.  Defendant Howard Chien opposes the motion.  Pursuant to Civ. L.R. 7-1(b), the motion is submitted and the hearing scheduled to be held on July 13, 2010 is vacated.  Having reviewed the papers and considered the arguments of counsel,

IT IS HEREBY ORDERED that plaintiff Luevano's motion for sanctions is denied.[1]

Plaintiff Luevano moves for sanctions on the grounds that the discovery sought was not produced until after he moved to compel.  Mot. at 1.  Specifically, he had sought production of tax returns to determine whether defendant met the gross income requirements under the Fair Labor Standards Act.  *Id.*  Defendant Chien first objected to the discovery sought on the grounds, *inter*

---

[1]    The holding of this court is limited to the facts and particular circumstances underlying the present motion.

ORDER, *page 1*

1    *alia,* of privacy and privilege but he later relented after the parties met and conferred.  Mot. at 2.

2    Plaintiff Luevano complains that defendant Chien waited 7 days after he had agreed to produce the

3    discovery.  He moves for an award totaling $1,800.  Mot. at 3.

4          Defendant Chien states that he produced tax returns for years 2007-2009 as soon as he

5    received them.  Opp. at 3-4.  "Defendant explained that he had only recently received copies of his

6    2007, 2008, and 2009 tax returns from his tax preparer, which caused the delay."  *Id.*  He further

7    states that plaintiff waited more than ten months after his discovery responses were served before

8    making any efforts to challenge the objection.  Opp. at 3.

9          Rule 37(a)(5)(A) states:

10         If the motion is granted (or disclosure or discovery is provided after filing).  If the
           motion is granted – or if the disclosure or requested discovery is provided after the
11         motion was filed – the court must, after giving an opportunity to be heard, require the
           party or deponent whose conduct necessitated the motion, the party or attorney
12         advising that conduct, or both to pay the movant's reasonable expenses incurred in
           making the motion, including the attorney's fees.  But the court must not prder this
13         payment if:

14         (i)     the movant filed the motion before attempting in good faith to obtain the disclosure or
                   discovery without court action;
15
           (ii)    the opposing party's nondisclosure, response, or objection was substantially justified;
16                 or

17         (iii)   other circumstances make an award of expenses unjust.

18   Fed. R. Civ. P. 37(a)(5)(A).

19         Following the meet and confer by the parties, defendant Chien agreed to produce the

20   discovery sought.  Because of delays in obtaining the tax returns from the tax preparer, he was not

21   able to produce them until May 10, 2010 (the same day the motion to compel was filed).  Therefore,

22   the court finds that the defendant's response was substantially justified.  Accordingly, plaintiff's

23   motion for sanctions is denied.

24   Dated:   July 1, 2010

25                                        *Patricia V. Trumbull*
                                          _____
26                                        PATRICIA V. TRUMBULL
                                          United States Magistrate Judge

27

28

ORDER, *page 2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28