**United States District Court**
For the Northern District of California

**\*E-Filed on 07/19/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL LUEVANO,                                     No. C 08-05784 RS

        Plaintiff,

    v.                                       **ORDER RE: PLAINTIFF'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

HOWARD CHIEN,

        Defendant.
_____/

The dispositive motion deadline in the instant case is continued from July 30, 2010 to

August 26, 2010.  Plaintiff's motion to dismiss shall be heard on August 26, 2010 at 1:30 p.m.

in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue,

San Francisco, California.  The trial date shall also be continued from September 13, 2010 to

November 15, 2010 at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: 07/19/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE